Robert S. Besser SBN 46541
LAW OFFICES OF ROBERT S. BESSER
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Tel:  (310) 394-6611
Fax:  (310) 394-6613
rsbesser@aol.com

Stewart L. Levy NY State Bar No. 1143536
EISENBERG, HEFLER & LEVY, LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Tel: (212) 599-0777
Fax: (212) 599-0770
slevy@ehllaw.com
*Pro Hac Vice pending*

Attorneys for Plaintiffs
CHRISTOPHER EDWARD COPE,
CHRISTOPHER EDWARD MONTAGUE,
FABIAN ANDRES ACUNA, ADAM
SPENCER KAMPF and DENTON BEDWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD, <br><br> Plaintiffs, <br> vs. <br><br> WARNER RECORDS, INC., a Delaware corporation, DUA LIPA, an individual, BOSCO KANTE, an individual, CLARENCE COFFEE, JR., an individual, SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10, <br><br> Defendants. <br> _____/ | Case No. <br><br><br><br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br><br><br><br> DEMAND FOR JURY TRIAL |

-1-

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD, for their complaint against WARNER RECORDS, INC., DUA LIPA, BOSCO KANTE, CLARENCE COFFEE, JR., SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10, hereby allege:

## PARTIES

1. Plaintiff CHRISTOPHER EDWARD COPE is an individual resident of the State of Florida.

2. Plaintiff CHRISTOPHER EDWARD MONTAGUE is an individual resident of the State of Florida.

3. Plaintiff FABIAN ANDRES ACUNA is an individual resident of the State of Florida.

4. Plaintiff ADAM SPENCER KAMPF is an individual resident of the State of Florida.

5. Plaintiff DENTON BEDWARD is an individual resident of the State of Florida.

6. Defendant WARNER RECORDS, INC. ("WARNER") is a corporation organized and existing pursuant to the laws of the State of Delaware with its principal place of business located in the Central District of California. WARNER is in the business of recording and distributing musical performances.

7. Defendant DUA LIPA is an individual resident of the United Kingdom. She is a singer/songwriter who in 2020 recorded a song entitled "Levitating." Her recording of that song became an international best seller.

8. DUA LIPA's recording of "Levitating" was released in many formats by WARNER including as a track on her album "Future Nostalgia," as well as a single, as several remixes and as videos. Various formats of the performance reached as high as

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Number 3 on the United States Billboard 200 Chart and Number 2 on Billboard's Hot 100.

9. Defendants SARAH HUDSON, STEPHEN KOZMENIUK and BOSCO KANTE are, upon information and belief, all individual residents of Venice, California. Defendant CLARENCE COFFEE, JR. is an individual resident of Oakland, California.

10. The true names and capacities of the Defendants sued as DOES 1 through 10, whether individual, corporate, associate or otherwise, are unknown to Plaintiffs who therefore sue such Defendants by fictitious names. Plaintiffs are informed and believe and thereupon allege that each of the Defendants designated as a fictitiously named Defendant is in some manner responsible for the wrongful acts complained of herein. If and when Plaintiffs ascertain the true names and capacities of DOES 1 through 10, Plaintiffs will amend this Complaint to state their true names and capacities.

11. Plaintiffs are informed and believe and thereupon alleges that at all relevant times each of the Defendants was the agent and employee of each other Defendant and acted within the course and scope of their respective agency and/or employment in the performance of the wrongful acts alleged herein.

## JURISDICTION AND VENUE

12. The subject matter jurisdiction of this Court is invoked pursuant to 28 USC 1331 because it involves copyright infringement under 17 USC §101, et seq.

13. Venue is proper in this District pursuant to 28 USC §1391(b)(1) because WARNER RECORDS has its principal place of business in this District and the other Defendants conduct business in this district.

## FACTS

14. Plaintiffs are members of the band Artikal Sound System. Artikal Sound System has been performing and touring together since 2010 and their album upon which the song "Live Your Life" appears charted on the Billboard charts at number 2 in the

-3-

COMPLAINT FOR COPYRIGHT INFRINGEMENT

reggae section in 2017. They are the authors and copyright owners of the composition of the song entitled "Live Your Life." Attached hereto as Exhibit A is a true and correct copy of the Certificate from the U.S. Copyright Office for "Live Your Life," Registration Number PA 2-314-836.

15. "Live Your Life" is an original work which was written in 2017. Plaintiffs spent their time and talent creating and recording "Live Your Life." and are entitled to full copyright protection.

16. "Live Your Life" was commercially released on CD Baby in 2017 and appeared on a variety of streaming services including Spotify, Pandora, Apple Music, Amazon and Sound Cloud. The recording was and continues to be commercially available.

17. In 2020, on information and belief, Defendants listened to and copied "Live Your Life" before and during the time when they were writing "Levitating."

18. "Levitating" is substantially similar to "Live Your Life." Given the degree of similarity, it is highly unlikely that "Levitating" was created independently from "Live Your Life."

## CLAIM FOR RELIEF

(For Copyright Infringement Against All Defendants)

19. Plaintiffs repeat and incorporate by reference the allegations contained in Paragraphs 1 through 18, above as though fully set forth.

20. The acts of Defendants and DOES 1 through 10 constitute copyright infringement under Title 17 of the United States Code.

21. Defendants and DOES 1 through 10 acted willfully and in conscious disregard for Plaintiff's rights.

22. Plaintiffs are entitled to an award of Defendants' profits and actual damages.

WHEREFORE Plaintiffs pray for relief as follows:

1. For actual damages in an amount according to proof;

2. For an award of Defendants' profits attributable to the infringement in an amount according to proof;

3. For costs of suit herein; and

4. For such other relief as the Court may deem just and proper.

Dated: March 1, 2022

LAW OFFICES OF ROBERT S. BESSER


By: *s/ Robert S. Besser*
    ROBERT S. BESSER
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD hereby demand a jury trial on all issues herein triable by a jury.

Dated: March 1, 2022
LAW OFFICES OF ROBERT S. BESSER


By: *s/ Robert S. Besser*
    ROBERT S. BESSER

COMPLAINT FOR COPYRIGHT INFRINGEMENT