DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Warner Records Inc., Dua Lipa,
Clarence Coffee, Jr., Sarah Hudson,
and Stephen Kozmeniuk

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD,<br><br>       Plaintiffs,<br><br>       v.<br><br>WARNER RECORDS, INC., a Delaware corporation, DUA LIPA, an individual, BOSCO KANTE, an individual, CLARENCE COFFEE, JR., an individual, SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10,<br><br>       Defendants. | CASE NO. 2:22-cv-01384 SSS (ASx)<br><br>Judge Sunshine Suzanne Sykes<br><br>**JOINT STIPULATION TO (1) EXTEND TIME TO FILE AND RESPOND TO AMENDED COMPLAINT AND (2) CONTINUE SCHEDULING CONFERENCE**<br><br>Current Response Date (for all Defendants): August 30, 2022<br><br>New Date to File Amended Complaint: September 20, 2022<br><br>New Response Date (for all Defendants): November 14, 2022<br><br>File Date: March 1, 2022<br>Trial Date: None Set |

**JOINT STIPULATION TO EXTEND TIME TO FILE AND RESPOND TO AMENDED COMPLAINT
AND TO CONTINUE SCHEDULING CONFERENCE**

1    Plaintiffs Christopher Edward Cope, Christopher Edward Montague, Fabian

2   Andres Acuna, Adam Spencer Kampf and Denton Bedward (collectively,

3   "Plaintiffs") and Defendants Warner Records Inc., Dua Lipa, Clarence Coffee, Jr.,

4   Sarah Hudson and Stephen Kozmeniuk (collectively, "Defendants"), by and

5   through their respective counsel, hereby stipulate as follows:

6

7    WHEREAS, Plaintiffs filed a Complaint against Defendants on March 1,

8   2022 (ECF 1);

9    WHEREAS, the current deadline for Defendants to respond to the

10   Complaint is August 30, 2022 (ECF 47);

11    WHEREAS, on August 4, 2022, this Court issued an Order setting a

12   Scheduling Conference on November 4, 2022 (ECF 48);

13    WHEREAS, the parties have met and conferred concerning the adequacy of

14   the allegations of the Complaint and Plaintiffs have agreed to file an Amended

15   Complaint on or before September 20, 2022;

16    WHEREAS, the parties agree to extend Defendants' deadline to respond to

17   the Amended Complaint to November 14, 2022;

18    WHEREAS, the parties agree that the Scheduling Conference should be set

19   for a date after Defendants' response deadline, including because the content of the

20   parties' Joint Rule 26(f) Report may be affected by Defendants' response to the

21   Amended Complaint;

22    WHEREAS, for the convenience of the Court and the parties, the parties

23   previously extended the deadline for Defendants to respond to the Complaint (ECF

24   27, 34, 39 & 47);

25    WHEREAS, the requested extension will not alter the date of any other

26   event or deadline already fixed by Court order;

27

28

Mitchell
Silberberg &
Knupp LLP

14340923.1

**JOINT STIPULATION TO EXTEND TIME TO FILE AND RESPOND TO AMENDED COMPLAINT
AND TO CONTINUE SCHEDULING CONFERENCE**

IT IS HEREBY AGREED AS FOLLOWS:

1.    Plaintiffs shall have up to and including September 20, 2022 to file an Amended Complaint;

2.    Defendants shall have up to and including November 14, 2022 to move, answer or otherwise respond to the Amended Complaint.

3.    The Scheduling Conference is continued from November 4, 2022 to _____.

**IT IS SO STIPULATED.**

DATED: August 24, 2022               DAVID A. STEINBERG
                                     GABRIELLA N. ISMAJ
                                     MITCHELL SILBERBERG & KNUPP LLP


                                     By:  /s/ David A. Steinberg
                                          David A. Steinberg
                                          Attorneys for Defendants
                                          Warner Records Inc., Dua Lipa,
                                          Clarence Coffee, Jr., Sarah Hudson,
                                          and Stephen Kozmeniuk

DATED: August 24, 2022               ROBERT S. BESSER
                                     LAW OFFICES OF ROBERT S. BESSER


                                     By:  /s/ Robert S. Besser
                                          Robert S. Besser
                                          Attorneys for Plaintiffs

**JOINT STIPULATION TO EXTEND TIME TO FILE AND RESPOND TO AMENDED COMPLAINT
AND TO CONTINUE SCHEDULING CONFERENCE**

## **ATTESTATION REGARDING SIGNATURES**

I, David A. Steinberg, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED:  August 24, 2022                    /s/ David A. Steinberg

**JOINT STIPULATION TO EXTEND TIME TO FILE AND RESPOND TO AMENDED COMPLAINT
AND TO CONTINUE SCHEDULING CONFERENCE**