Robert S. Besser SBN 46541
LAW OFFICES OF ROBERT S. BESSER
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Tel:  (310) 394-6611
Fax:  (310) 394-6613
rsbesser@aol.com

Stewart L. Levy NY State Bar No. 1143536
EISENBERG, HEFLER & LEVY, LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Tel: (212) 599-0777
Fax: (212) 599-0770
slevy@ehllaw.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs
CHRISTOPHER EDWARD COPE,
CHRISTOPHER EDWARD MONTAGUE,
FABIAN ANDRES ACUNA, ADAM
SPENCER KAMPF and DENTON BEDWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER RECORDS, INC., a Delaware corporation, DUA LIPA, an individual, CLARENCE COFFEE, JR., an individual, SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10,<br><br>Defendants.<br>_____/ | Case No. 2:22CV01384 SSS (AS)<br><br>FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br><br><br>DEMAND FOR JURY TRIAL |

-1-

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD, for their complaint against WARNER RECORDS, INC., DUA LIPA, an individual, CLARENCE COFFEE, JR., an individual, SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10, hereby allege:

## PARTIES

1. Plaintiff CHRISTOPHER EDWARD COPE is an individual resident of the State of Florida.

2. Plaintiff CHRISTOPHER EDWARD MONTAGUE is an individual resident of the State of Florida.

3. Plaintiff FABIAN ANDRES ACUNA is an individual resident of the State of Florida.

4. Plaintiff ADAM SPENCER KAMPF is an individual resident of the State of Florida.

5. Plaintiff DENTON BEDWARD is an individual resident of the State of Florida.

6. Defendant WARNER RECORDS, INC. ("WARNER") is a corporation organized and existing pursuant to the laws of the State of Delaware with its principal place of business located in the Central District of California. WARNER is in the business of recording and distributing musical performances.

7. Defendant DUA LIPA is an individual resident of the United Kingdom. She is a singer/songwriter who in 2020 released a song entitled "Levitating." Her recording of that song became an international best seller.

8. DUA LIPA's recording of "Levitating" was released in many formats by WARNER including as a track on her album "Future Nostalgia," as well as a single, as several remixes and as videos. Various formats of the performance reached as high as

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Number 3 on the United States Billboard 200 Chart and Number 2 on Billboard's Hot 100.

9. Defendants SARAH HUDSON and STEPHEN KOZMENIUK are, upon information and belief, individual residents of Venice, California. Defendant CLARENCE COFFEE, JR. is an individual resident of Oakland, California.

10. The true names and capacities of the Defendants sued as DOES 1 through 10, whether individual, corporate, associate or otherwise, are unknown to Plaintiffs who therefore sue such Defendants by fictitious names. Plaintiffs are informed and believe and thereupon allege that each of the Defendants designated as a fictitiously named Defendant is in some manner responsible for the wrongful acts complained of herein. If and when Plaintiffs ascertain the true names and capacities of DOES 1 through 10, Plaintiffs will amend this Complaint to state their true names and capacities.

11. Plaintiffs are informed and believe and thereupon alleges that at all relevant times each of the Defendants was the agent and employee of each other Defendant and acted within the course and scope of their respective agency and/or employment in the performance of the wrongful acts alleged herein.

## JURISDICTION AND VENUE

12. The subject matter jurisdiction of this Court is invoked pursuant to 28 USC 1331 because it involves copyright infringement under 17 USC §101, et seq.

13. Venue is proper in this District pursuant to 28 USC §1391(b)(1) because WARNER RECORDS has its principal place of business in this District and the other Defendants conduct business in this district.

## FACTS

14. Plaintiffs are members of the band Artikal Sound System ("Artikal"). Artikal has been performing and touring together since 2011 and their album upon which the song "Live Your Life" appears charted in 2017 at number 2 on the Billboard

-3-

COMPLAINT FOR COPYRIGHT INFRINGEMENT

magazine Reggae chart. They are the authors and copyright owners of the musical composition entitled "Live Your Life." Attached hereto as Exhibit A is a true and correct copy of the Certificate from the U.S. Copyright Office for "Live Your Life," Registration Number PA 2-314-836.

15. "Live Your Life" is an original work which was written in 2017. Plaintiffs spent their time and talent creating and recording "Live Your Life." and are entitled to full copyright protection.

16. On information and belief, Defendants copied substantial portions of "Live Your Life" when they wrote "Levitating." As set forth in detail below, Defendants had access to "Live Your Life" prior to writing "Levitating" and there are substantial similarities between the two compositions.

## ACCESS

17. Artikal has been a popular band, largely in the Florida region, for over a decade.

18. During the period in question, March 31, 2017, when the band's Smoke and Mirrors album was released, and August 28, 2018, when Dua Lipa admits "Levitating" was written, Plaintiffs' band played in numerous venues, principally in Florida, and performed "Live Your Life."

19. In April 2017 the Smoke and Mirrors EP containing "Live Your Life" charted on Billboard's Reggae chart at #2.

20. Within the reggae music community Smoke and Mirrors garnered coverage which extended to the birthplace of reggae, Jamaica, where it is highlighted in one of that nation's leading newspapers.

21. Beginning in April 2018 "Live Your Life" was significantly used in a video commercial for Delray Beach, Florida's "Beerfest 2018," which promoted tours of local bars and restaurants.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

22. "Live Your Life" was commercially released on CD Baby in 2017 and appeared on a variety of streaming services including Spotify, Pandora, Apple Music, Amazon and Sound Cloud.

23. From its 2017 release until late fall 2018, the recordings of "Live Your Life" and the album in which it appears, Smoke and Mirrors, were available online both via streaming and downloads, while the group sold on its own approximately several hundred physical copies at a local music store and to audiences at the various venues at which it played. (In October 2018 Plaintiffs asked that the album be taken off on-line sites because the group had a new lead singer and, as a result, was changing its repertoire to reflect the strengths of the new singer. The album and its recording of "Live Your Life" remains available on SoundCloud.).

24. Defendant Clarence Coffee, Jr., a co-writer of "Levitating," is a member of a production team known as Monsters and Strangerz. On information and belief, Monsters and Strangerz originated in Miami, Florida.

25. On information and belief, Monsters and Strangerz produced the recording of a song which also appears on Dua Lipa's album, Future Nostalgia – "Break My Heart." Co-writer credit was given on "Break My Heart" to two members of the popular 1980s group, INXS, Andrew Farriss and Michael Hutchence, whose guitar riffs in INXS' 1987 hit, "Need You Tonight," are similar to a portion of "Break My Heart."

26. One of the writers of "Break My Heart," Ali Tamposi, was taught guitar by plaintiff Chris Cope's brother-in-law. Plaintiff Chris Cope has for years been a Facebook friend of Ali Tamposi and Plaintiff Cope has regularly posted news about Artikal on his Facebook page.

## SUBSTANTIAL SIMILARITY

27. "Live Your Life" and "Levitating" are substantially similar in their main melodic theme, supportive harmonies, and accompaniment.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

28. ."Live Your Life" and "Levitating" are both set to minor keys and have similar tempos and overall feel or style.

29. The similarity of "Live Your Life" and "Levitating" is readily apparent from a transcription (i.e., music notation) of the relevant passages of each composition.

30. Given the degree of similarity between the "Live Your Life" and "Levitating," it is highly unlikely that "Levitating" was created independently from "Live Your Life."

## CLAIM FOR RELIEF

(For Copyright Infringement Against All Defendants)

31. Plaintiffs repeat and incorporate by reference the allegations contained in Paragraphs 1 through 30 above as though fully set forth.

32. The acts of Defendants and DOES 1 through 10 constitute copyright infringement under Title 17 of the United States Code.

33. Defendants and DOES 1 through 10 acted willfully and in conscious disregard for Plaintiff's rights.

34. Plaintiffs are entitled to an award of Defendants' profits and Plaintiffs' actual damages.

WHEREFORE Plaintiffs pray for relief as follows:

1. For actual damages in an amount according to proof;

2. For an award of Defendants' profits attributable to the infringement in an amount according to proof;

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT FOR COPYRIGHT INFRINGEMENT

3. For costs of suit herein, including Plaintiffs' reasonable attorney fees; and

4. For such other relief as the Court may deem just and proper.

Dated: September 19, 2022

LAW OFFICES OF ROBERT S. BESSER

By: *s/ Robert S. Besser*
ROBERT S. BESSER
Attorneys for Plaintiffs

DEMAND FOR JURY TRIAL

Plaintiffs CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD hereby demand a jury trial on all issues herein triable by a jury.

Dated: September 19, 2022

LAW OFFICES OF ROBERT S. BESSER

By: *s/ Robert S. Besser*
ROBERT S. BESSER

-7-

COMPLAINT FOR COPYRIGHT INFRINGEMENT