DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Warner Records Inc., Dua Lipa,
Clarence Coffee, Jr., Sarah Hudson,
and Stephen Kozmeniuk

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER RECORDS, INC., a Delaware corporation, DUA LIPA, an individual, CLARENCE COFFEE, JR., an individual, SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:22-cv-01384 SSS (ASx)<br><br>Judge Sunshine Suzanne Sykes<br><br>**JOINT STIPULATION TO CONTINUE (1) HEARING ON DEFENDANTS' MOTION TO DISMISS AND (2) SCHEDULING CONFERENCE**<br><br>File Date: March 1, 2022<br>Trial Date: None Set |

Plaintiffs Christopher Edward Cope, Christopher Edward Montague, Fabian Andres Acuna, Adam Spencer Kampf and Denton Bedward (collectively, "Plaintiffs") and Defendants Warner Records Inc., Dua Lipa, Clarence Coffee, Jr., Sarah Hudson and Stephen Kozmeniuk (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on November 14, 2022, Defendants filed a Motion to Transfer the above-caption action to the Southern District of New York (ECF 53; the "Motion to Transfer");

WHEREAS, on November 14, 2022, Defendants also filed a Motion to Dismiss the First Amended Complaint (ECF 54; the "Motion to Dismiss");

WHEREAS, the Motion to Transfer was subsequently set to be heard on February 17, 2023 at 2:00 p.m. (ECF 56);

WHEREAS, on February 16, 2023, the Court declined to rule on the Motion to Transfer and allowed the Parties to submit supplemental briefing in connection with the Motion to Transfer (ECF 62);

WHEREAS, Plaintiffs' supplemental brief regarding the Motion to Transfer is due on March 17, 2023 (ECF 62);

WHEREAS, the Motion to Dismiss is set to be heard on March 17, 2023 at 2:00 p.m. (ECF 56);

WHEREAS, the Scheduling Conference is currently scheduled for March 31, 2023 at 1:00 p.m. (ECF 56);

WHEREAS, the Parties have met and conferred and agree to continue the hearing on the Motion to Dismiss and the Scheduling Conference;

WHEREAS, the Parties agree that the Motion to Transfer should be decided before the Motion to Dismiss for reasons of efficiency and judicial economy;

1    WHEREAS, the Court previously granted the Parties' request that the
Motion to Transfer be decided before the Motion to Dismiss (ECF 56);

WHEREAS, the Parties agree that the Scheduling Conference should be set for a date after the adjudication of the Motion to Transfer and the Motion to Dismiss, including because the content of the Parties' Joint Rule 26(f) Report may be impacted by the Court's rulings regarding those Motions;

WHEREAS, for the convenience of the Court and the Parties, the Parties previously continued the hearing on the Motion to Dismiss and the Scheduling Conference (ECF 56);

WHEREAS, the requested extension will not alter the date of any other event or deadline already fixed by Court order;

THEREFORE, the Parties stipulate and agree, subject to Court approval, to the following:

1.   The hearing on the Motion to Dismiss is continued to April 14, 2023 at 2:00 p.m.

2.   The Scheduling Conference is continued to May 12, 2023 at 1:00 p.m.

**IT IS SO STIPULATED.**

DATED: March 7, 2023

DAVID A. STEINBERG
GABRIELLA N. ISMAJ
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Gabriella N. Ismaj
    Gabriella N. Ismaj
    Attorneys for Defendants
    Warner Records Inc., Dua Lipa,
    Clarence Coffee, Jr., Sarah Hudson,
    and Stephen Kozmeniuk

DATED: March 7, 2023         ROBERT S. BESSSER
                             LAW OFFICES OF ROBERT S. BESSER


                             By:  /s/ Robert S. Besser
                                  Robert S. Besser
                                  Attorneys for Plaintiffs


## ATTESTATION REGARDING SIGNATURES

I, Gabriella N. Ismaj, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED:  March 7, 2023              /s/ Gabriella N. Ismaj