DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Warner Records Inc., Dua Lipa,
Clarence Coffee, Jr., Sarah Hudson,
and Stephen Kozmeniuk

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER RECORDS, INC., a Delaware corporation, DUA LIPA, an individual, CLARENCE COFFEE, JR., an individual, SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10,<br><br>    Defendants. | CASE NO. 2:22-cv-01384 SSS (ASx)<br><br>Judge Sunshine Suzanne Sykes<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>File Date: March 1, 2022<br>Trial Date: None Set |

Plaintiffs Christopher Edward Cope, Christopher Edward Montague, Fabian Andres Acuna, Adam Spencer Kampf and Denton Bedward (collectively, "Plaintiffs") and Defendants Warner Records Inc., Dua Lipa, Clarence Coffee, Jr., Sarah Hudson and Stephen Kozmeniuk (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on November 14, 2022, Defendants filed a Motion to Transfer the above-captioned action to the Southern District of New York (ECF 53; the "Motion to Transfer");

WHEREAS, on November 14, 2022, Defendants filed a Motion to Dismiss the First Amended Complaint (ECF 54; the "Motion to Dismiss");

WHEREAS, both the Motion to Transfer and the Motion to Dismiss have been fully briefed by the Parties;

WHEREAS, the Court determined that both the Motion to Transfer and the Motion to Dismiss were appropriate for resolution without a hearing and vacated the hearings set for the Motions;

WHEREAS, both Motions remain pending;

WHEREAS, the Scheduling Conference is currently scheduled for June 2, 2023 at 1:00 p.m. (ECF 70);

WHEREAS, the Parties have met and conferred and agree to continue the Scheduling Conference;

WHEREAS, the Parties agree that the Scheduling Conference should be set for a date after the adjudication of the Motion to Transfer and the Motion to Dismiss, including because the content of the Parties' Joint Rule 26(f) Report may be impacted by the Court's rulings regarding those Motions;

WHEREAS, for the convenience of the Court and the Parties, the Parties previously continued the Scheduling Conference (ECF 56, 66 & 70);

WHEREAS, the requested extension will not alter the date of any other event or deadline already fixed by Court order;

THEREFORE, the Parties stipulate and agree, subject to Court approval, to the following:

1. The Scheduling Conference is continued to June 30, 2023 at 1:00 p.m.

**IT IS SO STIPULATED.**

DATED: May 11, 2023   DAVID A. STEINBERG
GABRIELLA N. ISMAJ
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Gabriella N. Ismaj
Gabriella N. Ismaj
Attorneys for Defendants
Warner Records Inc., Dua Lipa,
Clarence Coffee, Jr., Sarah Hudson,
and Stephen Kozmeniuk

DATED: May 11, 2023   ROBERT S. BESSSER
LAW OFFICES OF ROBERT S. BESSER

By: /s/ Robert S. Besser
Robert S. Besser
Attorneys for Plaintiffs

**ATTESTATION REGARDING SIGNATURES**

I, Gabriella N. Ismaj, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED: May 11, 2023   /s/ Gabriella N. Ismaj