| | |
|---|---|
| 1 | DAVID A. STEINBERG (SBN 130593) |
|   |   das@msk.com |
| 2 | GABRIELLA N. ISMAJ (SBN 301594) |
|   |   gan@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| 4 | 2049 Century Park East, 18th Floor |
|   | Los Angeles, CA  90067-3120 |
| 5 | Telephone: (310) 312-2000 |
|   | Facsimile: (310) 312-3100 |

Attorneys for Defendants
Warner Records Inc., Dua Lipa,
Clarence Coffee, Jr., Sarah Hudson,
and Stephen Kozmeniuk

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EDWARD COPE, CHRISTOPHER EDWARD MONTAGUE, FABIAN ANDRES ACUNA, ADAM SPENCER KAMPF and DENTON BEDWARD,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARNER RECORDS, INC., a Delaware corporation, DUA LIPA, an individual, CLARENCE COFFEE, JR., an individual, SARAH HUDSON, an individual, STEPHEN KOZMENIUK, an individual and DOES 1 through 10,<br><br>    Defendants. | CASE NO. 2:22-cv-01384 SSS (ASx)<br><br>Judge Sunshine Suzanne Sykes<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>File Date: March 1, 2022<br>Trial Date: None Set |

Plaintiffs Christopher Edward Cope, Christopher Edward Montague, Fabian Andres Acuna, Adam Spencer Kampf and Denton Bedward (collectively, "Plaintiffs") and Defendants Warner Records Inc., Dua Lipa, Clarence Coffee, Jr., Sarah Hudson and Stephen Kozmeniuk (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 5, 2023, the Court issued its Order Denying Defendants' Motion to Transfer [Dkt. 53] And Granting Defendants' Motion to Dismiss [Dkt. 54] (ECF 73);

THEREFORE, the Parties stipulate and agree to the following:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice with each side bearing its or their attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: June 7, 2023

DAVID A. STEINBERG
GABRIELLA N. ISMAJ
MITCHELL SILBERBERG & KNUPP LLP

By: /s/David A. Steinberg
David Steinberg
Attorneys for Defendants
Warner Records Inc., Dua Lipa, Clarence Coffee, Jr., Sarah Hudson, and Stephen Kozmeniuk

| | |
|---|---|
| DATED: June 7, 2023 | ROBERT S. BESSSER<br>LAW OFFICES OF ROBERT S. BESSER |
| | By:  /s/Robert S. Besser<br>Robert S. Besser<br>Attorneys for Plaintiffs |

## **ATTESTATION REGARDING SIGNATURES**

I, David Steinberg, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED:  June 7, 2023                            /s/David A. Steinberg
                                                                David A. Steinberg